IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR263 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| VICTOR MCDONALD, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOW ON THIS 7th day of September, 2007, this matter comes on before the Court upon the United States' Motion to Dismiss Forfeiture Count and Memorandum Brief.  The Court reviews the record in this case and, being duly advised in the premises, finds the United States' Motion should be sustained.

IT IS THEREFORE ORDERED as follows:

1. The United States' Motion to Dismiss Forfeiture Count is hereby sustained.

2. Count II of the Indictment filed herein is hereby dismissed.

ORDERED this 7th day of September, 2007.

**BY THE COURT:**

/s Joseph F. Bataillon

---

**JOSEPH F. BATAILLON, CHIEF JUDGE**
**United States District Court**